UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

The Mountain Corporation

Plaintiff,

v.

Case No.: 1:22−cv−03279

Honorable Jorge L. Alonso

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 26, 2022:

MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held and continued to 8/9/22 at 9:30 a.m. Telephonic motion hearing held. For the reasons stated on the record, Plaintiff's motion for entry of a preliminary injunction [29] is denied without prejudice. Plaintiff's ex parte motion to extend the temporary restraining order as to certain Defendants [33] is granted as to all Defendants. The temporary restraining order is extended through 8/10/22. Plaintiff's response to Defendant's motion to dismiss Plaintiff's complaint [dkt 1] and deny Plaintiff's motion for preliminary injunction [dkt 29] and extension [dkt 33] [36] shall be filed by 8/16/22; Defendant's reply shall be filed by 8/30/22. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 888−808−6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.