

Clothing, Shoes & Jewelry › Novelty & More › Clothing › Novelty › Men › Shirts › T-Shirts

Brand: Moxiu
### Men's 3D Realistic Three Wolf Moon Design Stylish Pattern T-Shirts Top Tees

Price: **$15.76**

✓ Save 5% at checkout. Details ⌄

Color: Black

Size:
X-Large ⌄

- 100% Polyester
- Imported
- ✋ Material: ▶▶▶polyester, comfortable and breathable feeling, soft and lightweight, super silky fabric, no see-through, without pilling and fading.
- ✋ Size: ▶▶▶This is a tailor-made size for Asia. ✋It is recommended to buy a larger size. Please refer to the size chart for details.
- ✋ Quality: ▶▶▶Our clothing is a high-quality product that has been screened through quality control layers. We are committed to serving every new and old customer who orders our products.✋ holiday,holiday cards,holiday gifts, holiday pajamas， holiday socks， holiday sweaters， holiday dress， holiday dresses, holiday candy stocking stuffers.
- ✋ Trendy design: ▶▶▶Button down hawaiian style shirt, quick dry, short sleeve in summer wear, stand collar provides a classic casual look, perfect choose in work place or casual wear for any occasion.
- ✋ Features:▶▶▶men t shirt men t shirt sale funny men t shirt sale big and tall men t shirt short sleeve men t shirt short sleeve pack men t shirt short sleeve graphic men t shirt short sleeve black men t shirts size 3xl men t shirts 2xl men t shirts cheap men t shirts printed men t shirts size large

💬 Report incorrect product information.

$15.76
$149.40 delivery: July 15 - 27
Fastest delivery: July 9 - 14

Deliver to ▓▓▓ - Glenview 60026

**In Stock.**

Qty: 30 ⌄

Add to Cart

Buy Now

🔒 Secure transaction
Ships from  Moxiu
Sold by   Moxiu

Return policy: This item is returnable ⌄

Add to List

## Products related to this item
Page 1 of 35

    

Fashion Cool 3D Wolfs Print Shirt Four Season Men T Shirts Tops Casual Male O-Neck ...
★★★★☆ 54
$9.00

Cerbukt Men's Short Sleeve Wolf Graphic Print Fashion Novelty T-Shirt,Multicolored2,XL
★★★★★ 2
$16.99 ✓prime

American Wolf Howling at The Moon USA United States Flag Patriotic Mens T-Shirts, C...
$14.99

QCIV Wolf at Moon Shirt Mens Animal Wolves 3D Print Tshirt Short Sleeve (S, Wolf Mo...
★★★★½ 83
$16.99 ✓prime

Peanuts Snoopy First Beagle on the Moon T-Shirt
★★★★½ 68
$22.99 ✓prime

Peanuts Space Traveler T-Shirt
★★★★★ 76
$22.99 ✓prime

## Related to items you've viewed
Page 1 of 3

     

American Wolf Howling at The Moon USA United States Flag Patriotic Mens T-Shirts, G...
$19.99

Fashion Cool 3D Wolfs Print Shirt Four Season Men T Shirts Tops Casual Male O-Neck ...
★★★★☆ 54
$9.00

To The Moon! - Men's Soft & Comfortable T-Shirt, Blue, Small
$24.99

To The Moon! - Men's Soft & Comfortable V-Neck T-Shirt, Black, Large
$24.99

Cerbukt Men's Short Sleeve Wolf Graphic Print Fashion Novelty T-Shirt,Multicolored2...
★★★★★ 2
$16.99 ✓prime

To The Moon! - Men's Soft & Comfortable Long Sleeve T-Shirt, Red, Medium
$29.99

## Special offers and product promotions
- ✓ Save 5% each on Qualifying items offered by Moxiu when you purchase 1 or more. **Here's how** ⌄ (restrictions apply)

7/4/2021 Amazon.com: Mens 3D Realistic Three Wolf Moon Design Stylish Pattern T Shirts Top Tee Black Clothing

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Welcome to Moxiu

2020 is coming, and scientists predict that this year will be the coldest year. The El Niño phenomenon is likely to occur this year, so we must do a good job of protection. Black Friday, Halloween and Christmas are just around the corner. We are committed to preparing a variety of protective equipment, daily necessities, entertainment souvenirs and other products for everyone to make the boring holiday lively and interesting. I wish everyone have a good day!

Features:

Size:S --Bust:94cm/37.01" --Shoulder:41cm/16.14" --Sleeve:19.5cm/7.68" --Length:65.5cm/25.79"

Size:M --Bust:98cm/38.58" --Shoulder:42cm/16.54" --Sleeve:20cm/7.87" --Length:67cm/26.38"

Size:L --Bust:102cm/40.16" --Shoulder:43cm/16.93" --Sleeve:20.5cm/8.07" --Length:68.5cm/26.97"

Size:XL --Bust:106cm/41.73" --Shoulder:44cm/17.32" --Sleeve:21cm/8.27" --Length:70cm/27.56"

Size:XXL --Bust:110cm/43.31" --Shoulder:46cm/18.11" --Sleeve:21.5cm/8.46" --Length:71.5cm/28.15"

Size:XXXL --Bust:114cm/44.88" --Shoulder:47cm/18.50" --Sleeve:22cm/8.66" --Length:73cm/28.74"

Size:XXXXL --Bust:118cm/46.46" --Shoulder:48cm/18.90" --Sleeve:22.5cm/8.86" --Length:75.5cm/29.72"

Size:XXXXXL --Bust:122cm/48.03" --Shoulder:49cm/19.29" --Sleeve:23cm/9.06" --Length:77cm/30.31"

Package Include:

1 PC  Blouse

Keywords: holiday gifts, holiday pajamas， holiday socks， holiday sweaters， holiday dress， holiday dresses, holiday candy stocking stuffers,holiday,holiday cards,holiday movies included with prime,the holiday,holiday gift baskets

## Product details

**Department** ‏ : ‎ Mens

**Date First Available** ‏ : ‎ January 6, 2021

**Manufacturer** ‏ : ‎ Moxiu

**ASIN** ‏ : ‎ B08S7K91CB

### How confident are you in finding a size that will fit you well?

Not at all   Somewhat   Fairly   Very   Extremely

Submit

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Products related to this item

Page 1 of 20

Sponsored ⓘ


Fashion Cool 3D Wolfs Print Shirt Four Season Men T Shirts Tops Casual Male O-Neck …
★★★★☆ 54
$9.00


Cerbukt Men's Short Sleeve Wolf Graphic Print Fashion Novelty T-Shirt,Multicolored2…
★★★★★ 2
$16.99 ✓prime


Peanuts Space Traveler T-Shirt
★★★★★ 76
$22.99 ✓prime


Rocket To The Moon (Retro Green Gradient) T-Shirt
$19.69 ✓prime


Rocket To The Moon (Retro Blue Gradient) T-Shirt
$19.69 ✓prime


Peanuts Snoopy First Beagle on the Moon T-Shirt
★★★★☆ 68
$22.99 ✓prime

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

5 star  0%
4 star  0%
3 star  0%
2 star  0%
1 star  0%

▾ How are ratings calculated?

### Review this product
Share your thoughts with other customers

Write a customer review

## Customers also viewed these products

Page 1 of 8

      

**Genuxury Fashion Mens 3D Digital Printed Design Pattern T-Shirts Top Tees**
★★★★☆ 1,609
$13.99 - $14.99

**QCIV Wolf Shirts for Men Women 3D Print Wolves Animal Unisex Short Sleeve Tee**
★★★★★ 83
$16.99

**The Mountain Men's Three Wolf Moon Short Sleeve Tee**
★★★★★ 5,205
$13.90 - $45.28

**KYKU Unisex Wolf Shirt Wolves Shirts Wild Animal 3D Printed Graphic T-Shirt**
★★★★★ 613
$14.99 - $16.99

**The Mountain Men's Warrior Wolf T-Shirt**
★★★★★ 823
$18.60 - $43.99

**The Mountain Men's Wolf Lookout T-Shirt**
★★★★★ 1,124
$18.67 - $43.99

## Customers who searched for "pacific rim toys" ultimately bought

     

**Tamashii Nations Robot Spirits - <Side Jaeger> Atlas Destroyer [Pacific Rim:The Black], Bandai Spirits The Robot Spirits (BAS61724)**
$40.00

**Pacific Rim: Extinction - Starter Set**
★★★★☆ 51
$39.95

**Bandai Hobby HG Gipsy Avenger (Final Battle Specification) "Pacific Rim"**
★★★★☆ 107
$52.55

**Amazing Pacific Rim 2: Uprising Side Jaeger Obsidian Fury 6.7" Action Figure Toy in Box**
★★★☆☆ 17
$57.99

**YANAN Pacific Rim Uprising Anime Action PVC Figure Gipsy Avenger Collectible Model Character Statue Toys Desktop Decoration**
★★★☆☆ 2
$58.60

**Anime Action Figure Model, Pacific Rim 3 Anime Action Figure Trespasser PVC Figures Collectible Model Character Statue Toys**
★★★☆☆ 5
$28.98

## Inspired by your browsing history

Amazon.com: Mens 3D Realistic Three Wolf Moon Design Stylish Pattern T-Shirts Top Tee Black: Clothing








**Fashion Cool 3D Wolfs Print Shirt Four Season Men T Shirts Tops Casual Male O-Neck Short Sleeves Shirts**
★★★★☆ 54
$9.00 - $12.00

**The Mountain Men's Warrior Wolf T-Shirt**
★★★★½ 823
$18.60 - $43.99

**DIAMOND SELECT TOYS Pacific Rim Uprising: Titan Redeemer Select Action Figure**
★★★★½ 52
4 offers from $99.99

**Genuxury Fashion Mens 3D Digital Printed Design Pattern T-Shirts Top Tees**
★★★★☆ 1,609
$13.99 - $14.99

**The Mountain Men's Three Wolf Moon Short Sleeve Tee**
★★★★½ 5,205
$13.90 - $45.28

**KYKU Unisex Wolf Shirt Wolves Shirts Wild Animal 3D Printed Graphic T-Shirt**
★★★★½ 613
$14.99 - $16.99

---

## Your Browsing History  *View or edit your browsing history*








---

### Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |

 English     United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract,<br>and engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital<br>Educational<br>Resources | Amazon Web Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| Neighbors App<br>Real-Time<br>Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right<br>to your door | PillPack<br>Pharmacy Simplified | | Amazon Renewed<br>Like-new<br>products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it<br>in,<br>give it a second<br>life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

Amazon | Deliver to Glenview 60026 | Moxiu | Three Wolf Moon | Hello, Account & Lists | Returns & Orders | 0

All | Buy Again | Livestreams | Shopper Toolkit | Health & Household | Amazon Basics | Beauty & Personal Care | Amazon Launchpad | Coupons | Amazon.com | Free Shipping

1 result for **"Three Wolf Moon"**     Sort by: Featured

**Brand**
Moxiu

Price and other details may vary based on size and color



**Men's 3D Realistic Three Wolf Moon Design Stylish Pattern T-Shirts Top Tees**
$15.76
$4.98 shipping

---

## Need help?

Visit the help section or contact us

---

## Deals in magazine subscriptions    Page 1 of 8

     

| Food Network Magazine | Reader's Digest | Real Simple | Better Homes and Gardens | House Beautiful | Woman's Day |
|---|---|---|---|---|---|
| ★ 394 | ★ 16,422 | ★ 13,977 | ★ 449 | ★ 37 | ★ 102 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $6.00 | $5.00 | $8.00 | $5.00 | $7.50 | $5.50 |

## Sponsored products related to this search   What's this?    Page 1 of 3

     

| Mens T-Shirts Short Sleeve Novelty 3D Printed t-Shirt Crewneck Casual Tee | American Wolf Howling at The Moon USA United States Flag Patriotic Mens T-Shirts | Sloth Retro Vintage 80s Style Zoologist Animal Lover Gift T-Shirt | Sweaty Betty Refresh T-shirt | Fashion Cool 3D Wolfs Print Shirt Four Season Men T Shirts Tops Casual Male O-Neck Short… | SLTX Men's The Roses Skull 3D Printed Short Sleeve Fashion T |
|---|---|---|---|---|---|
| $19.88 | $14.99 | ★ 76  $21.99 | ★ 9  $58.00 | ★ 54  $9.00 | ★ 94  $16.85 |

## Your Browsing History   View or edit your browsing history    Page 1 of 5

           

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
|  | Host an Amazon Hub | Reload Your Balance |  |
|  |  | Amazon Currency Converter |  |

 

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options

[ Continue ]

---

**Shipment 1 of 1**

**Shipping from Moxiu** (Learn more)

Shipping to: ███ ██████ 1851 TOWER DR, GLENVIEW, IL, 60026-7783 United States

- **Men's 3D Realistic Three Wolf Moon Design Stylish Pattern T-Shirts Top Tees Black**
  $15.76 - Quantity: 30
  See order summary for discounts applied
  Sold by: Moxiu

Change quantities or delete

**Choose a delivery option:**

(●) **Thursday, July 15 - Tuesday, July 27**
$149.40 - Shipping

( ) **Friday, July 9 - Wednesday, July 14**
$1,199.70 - Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

