

# United States of America
## United States Patent and Trademark Office

# Three Wolf Moon

| | |
|---|---|
| **Reg. No. 4,161,566** | THE MOUNTAIN CORPORATION (NEW HAMPSHIRE CORPORATION) <br> 59 OPTICAL AVENUE |
| **Registered June 19, 2012** | KEENE, NH 03431 |
| **Int. Cl.: 25** | FOR: SHORT-SLEEVED OR LONG-SLEEVED T-SHIRTS; TANK-TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39). |
| **TRADEMARK** | FIRST USE 1-1-2007; IN COMMERCE 1-1-2007. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SN 77-744,446, FILED 5-26-2009. |
| | GIANCARLO CASTRO, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office